1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**NORTHERN DISTRICT OF CALIFORNIA**

8
JULIO C. SANCHEZ,

Case No. CV-10-3213-MMC

9
Plaintiff,

~~[PROPOSED]~~ ORDER ON EX PARTE APPLICATION TO EXTEND TIME TO EFFECT SERVICE OF SUMMONS AND COMPLAINT. Fed. R. Civ. P. 4(m)

10
vs.

11
12
13
DALLAS ANDRUSS, SHERRI KINNEY, J. VANDERHOOVEN, LIEUTENANT G. A. KELLEY, FRANCISCO JACQUEZ, and TEN UNKNOWN NAMED DEFENDANTS, inclusive,

14
Defendants.

15
THE COURT, having been advised in the premises, good cause appearing,

16
IT IS ORDERED that the period for effecting service of summons and

17
complaint is hereby extended by 90 days nunc pro tunc from November 20, 2010.

18
DATED: December ___21___, 2010

19

20

21

22
_____

**HON. MAXINE M. CHESNEY**
United States District Judge

23

24

25
Submitted by:

26
Jeff Price,
Attorney for Plaintiff

27

28

JEFF PRICE, SBN 165534
1335 4TH STREET
SANTA MONICA, CA 90401
310 776 8650