IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIO C. SANCHEZ,

    Plaintiff,

vs.

DALLAS ANDRUSS et al.,

    Defendants.

No. 3:10-CV-3213-MMC

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR FILING OF AMENDED COMPLAINT

THE COURT, having been advised in the premises, good cause appearing,

IT IS ORDERED that the time for the filing of an amended complaint in this case is extended to and including April 15, 2011.

Dated: January  26 , 2011

                                         */s/ Maxine M. Chesney*
                     HON. MAXINE C. CHESNEY
                     United States District Judge

Submitted by:
Jeff Dominic Price, Esq.
Attorney for Plaintiff