IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. SANCHEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>DALLAS ANDRUSS et al.,<br><br>   Defendants. | No. 2:10-CV-3213-MMC<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR FILING OF AMENDED COMPLAINT |

THE COURT, having been advised in the premises, good cause appearing,

IT IS ORDERED that the time for the filing of an amended complaint in this case is extended to and including May 16, 2011.

Dated: April __20__, 2011

_____
HON. MAXINE C. CHESNEY
United States District Judge

Submitted by:
Jeff Dominic Price, Esq.
Attorney for Plaintiff

1   -   ORDER