JEFF DOMINIC PRICE
Attorney at Law SBC 165534
1335 4TH Street
Santa Monica, Califrornia 90401
T. 310.776.8650
jeff.price@mac.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO C. SANCHEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**DALLAS ANRUSS, et al.,**<br><br>Defendants. | CV 10-03213 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF AMENDED COMPLAINT AND DEFENDANT'S ANSWER** |

WHEREAS, the parties, through their counsel of record, have met and conferred and, in the interests of justice and judicial economy, stipulate to the following extension of the time within which plaintiff may file a second amended complaint in conformity with the Order of the Court entered August 5, 2011:

/ / /

/ / /

/ / /

1

To permit plaintiff to obtain limited discovery for the purpose of filing an amended complaint in conformity with the Order of the Court entered August 5, 2011, the time within which Plaintiff will have to file a second amended complaint be extended 45 days, from August 26, 2011, until October 10, 2011.

Dated: August 25, 2011

/s/ by Jeff Price by permission
Julianne Mossler
Deputy Attorney General for Defendants

Dated: August 25, 2011

/s/ Jeff Price
Jeff Price
Attorney for Plaintiff Sanchez

PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Mossler gave permission to electronically sign this stipulation on her behalf.

**IT IS SO ORDERED**

Dated:  August 26, 2011

United States Judge Maxine M. Chesney