JEFF DOMINIC PRICE
Attorney at Law SBC 165534
1335 4TH Street
Santa Monica, California 90401
T. 310.776.8650
jeff.price@mac.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO C. SANCHEZ,** <br><br> Plaintiff, <br><br> v. <br><br> **DALLAS ANDRUSS, et al.,** <br><br> Defendants. | CV 10-03213 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF AMENDED COMPLAINT AND DEFENDANT'S ANSWER AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    WHEREAS, the parties, through their counsel of record, have met and conferred and, in the interests of justice and judicial economy, stipulate, for the following reasons, to the following extension of the time within which plaintiff may file a second amended complaint in conformity with the Order of the Court entered August 5, 2011:

/ / /

/ / /

/ / /

1

In light of the recent denial of *en banc* review in *Starr v. Baca,* No. 09-55233, on October 5, 2011, and in light of the fact that the facility where the plaintiff is housed has been on lock-down status, which has impeded communication between the plaintiff and counsel, and to permit plaintiff to obtain limited discovery for the purpose of filing an amended complaint in conformity with the Order of the Court entered August 5, 2011, the time within which Plaintiff will have to file a second amended complaint be extended 45 days, from October 10, 2011, until November 25, 2011.

WHEREAS, in light of this stipulation and the fact that counsel for plaintiff is likely to be engaged in trial on November 4, 2011, in a criminal case in Los Angeles County Superior Court, the parties also stipulate to the continuance of the Case Management Conference, scheduled for November 4, 2011, until after the amended complaint has been screened.

Dated: October 10, 2011     /s/ by Jeff Price by permission_____
                            Julianne Mossler
                            Deputy Attorney General for Defendants

Dated: October 10, 2011     ___/s/ Jeff Price_____
                            Jeff Price
                            Attorney for Plaintiff Sanchez

PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Mossler gave permission to electronically sign this stipulation on her behalf.

**IT IS SO ORDERED** with the exception that the Case Management Conference, currently scheduled for November 4, 2011, is hereby CONTINUED to February 10, 2012 at 10:30 a.m.

Dated: October 13, 2011

United States Judge Maxine M. Chesney