JEFF DOMINIC PRICE
Attorney at Law SBC 165534
1335 4TH Street
Santa Monica, Califrornia 90401
T. 310.776.8650
jeff.price@mac.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO C. SANCHEZ,**<br>Plaintiff,<br>**v.**<br>**DALLAS ANRUSS, et al.,**<br>Defendants. | CV 10-03213 MMC<br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR FILING OF THIRD AMENDED COMPLAINT** |

The parties, through their counsel of record, have met and conferred and, in the interests of justice and judicial economy, and because counsel for plaintiff needs additional time to discuss this case with the plaintiff, who has been transferred to another institution and was and still may be on lockdown, and to gather other information pertinent to the anticipated amendment to the pleadings, stipulate to the following service and answer deadlines:

/ / /

/ / /

/ / /

Plaintiff will have until March 12, 2012, within which to file a Third Amended Complaint in this case.

Dated: February 10, 2012

/s/ by Jeff Price by permission
Julianne Mossler
Deputy Attorney General for Defendants

Dated: February 10, 2012

/s/ Jeff Price
Jeff Price
Attorney for Plaintiff Sanchez

PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Mossler gave permission to electronically sign this stipulation on her behalf.

**IT IS SO ORDERED**

Dated: February 14, 2012

United States Judge Maxine M. Chesney