1  JEFF DOMINIC PRICE
   Attorney at Law SBC 165534
2  1335 4TH Street
   Santa Monica, Califrornia 90401
3  T. 310.776.8650
   jeff.price@mac.com
4
   *Attorneys for Plaintiff*
5

 

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

 

| | |
|---|---|
| **JULIO C. SANCHEZ,** | CV 10-03213 MMC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR FILING OF THIRD AMENDED COMPLAINT** |
| v. | |
| **DALLAS ANRUSS, et al.,** | |
| Defendants. | |

 

The parties, through their counsel of record, have met and conferred and, in the interests of justice and judicial economy, and because counsel for plaintiff needs additional time to discuss this case with the plaintiff, who has been transferred to another institution and was and still may be on lockdown, and to gather other information pertinent to the anticipated amendment to the pleadings, stipulate to the following service and answer deadlines:

/ / /

/ / /

/ / /

1    Plaintiff will have until March 12, 2012, within which to file a Third Amended Complaint
2    in this case.

5    Dated: February 10, 2012                            /s/ by Jeff Price by permission
                                                         Julianne Mossler
6                                                        Deputy Attorney General for Defendants

8    Dated:  February 10, 2012                           /s/ Jeff Price
                                                         Jeff Price
9                                                        Attorney for Plaintiff Sanchez

11   PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Mossler gave permission to electronically sign this stipulation on her behalf.

14   **IT IS SO ORDERED**

16   Dated:  February 14, 2012                           _____
                                                         United States Judge Maxine M. Chesney

2