JEFF DOMINIC PRICE
Attorney at Law SBC 165534
1335 4TH Street
Santa Monica, Califrornia 90401
T. 310.776.8650
jeff.price@mac.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO C. SANCHEZ,** | CV 10-03213 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF'S COUNSEL TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
| v. | |
| **DALLAS ANRUSS, et al.,** | |
| Defendants. | |

The parties, through their counsel of record, have met and conferred and, in the interests of justice and judicial economy, and because counsel for plaintiff resides in Los Angeles County and would have to expend substantial time and would incur substantial cost were he to travel to San

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Francisco for the Case Management Conference, stipulate that counsel for plaintiff may appear at
2  the Case Management Conference by telephone.

3  Dated: April 13, 2012                     /s/ by Jeff Price by permission
                                             Julianne Mossler
4                                            Deputy Attorney General for Defendants

6  Dated:  April 13, 2012                    /s/ Jeff Price
                                             Jeff Price
7                                            Attorney for Plaintiff Sanchez

9  PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Mossler gave permission to him to electronically sign this stipulation on her behalf.

12  **IT IS SO ORDERED**.  It is further ORDERED that **all parties** are to appear telephonically at the April 20, 2012 Case Management Conference.

14  Dated:  April 17, 2012                    _[signature]_
                                             United States Judge Maxine M. Chesney

2