1  JEFF DOMINIC PRICE
   Attorney at Law SBC 165534
2  1335 4TH Street
   Santa Monica, Califrornia 90401
3  T. 310.776.8650
   jeff.price@mac.com
4
   *Attorneys for Plaintiff*
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13  **JULIO C. SANCHEZ,**                      CV 10-03213 MMC

14                              Plaintiff,    **STIPULATION AND [PROPOSED]**
                                              **ORDER TO PERMIT PLAINTIFF'S**
15        v.                                  **COUNSEL TO ATTEND CASE**
                                              **MANAGEMENT CONFERENCE BY**
                                              **TELEPHONE**
16  **DALLAS ANRUSS, et al.,**

17                              Defendants.

18

19

20      The parties, through their counsel of record, have met and conferred and, in the interests of

21  justice and judicial economy, and because counsel for plaintiff resides in Los Angeles County and

22  would have to expend substantial time and would incur substantial cost were he to travel to San

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                              1

Stip. & [Proposed] Order Extend Service and Answer Deadlines  (CV 10-05936 (CW))

Francisco for the Case Management Conference, stipulate that counsel for plaintiff may appear at the Case Management Conference by telephone.

Dated: April 13, 2012                     /s/ by Jeff Price by permission
                                          Julianne Mossler
                                          Deputy Attorney General for Defendants


Dated:  April 13, 2012                     /s/ Jeff Price
                                          Jeff Price
                                          Attorney for Plaintiff Sanchez


PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Mossler gave permission to him to electronically sign this stipulation on her behalf.


**IT IS SO ORDERED**.  It is further ORDERED that **all parties** are to appear telephonically at the April 20, 2012 Case Management Conference.

Dated:  April 17, 2012                     _____
                                          United States Judge Maxine M. Chesney