**United States District Court**
For the Northern District of California

1

2                        UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA

4

5    JULIO C. SANCHEZ,                    No. C 10-03213 MMC (JCS)

6            Plaintiff(s),               **ORDER RE TELEPHONIC
                                         APPEARANCE OF INMATE AT**
7        v.                              **SETTLEMENT CONFERENCE**

8    DALLAS ANDRUSS,

9            Defendant(s).
     _____/

10

11   TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

12          The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

13          A Settlement Conference has been scheduled for **September 25, 2012, at 9:30 a.m.,** in

14   Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

15          Plaintiff, Julio Cesar Sanchez, inmate number P-00802 is currently incarcerated at the CSP-

16   Sacramento, also known as "New Folsom", located in Represa, California.  In order for the above-

17   referenced conference to take place, the Court and Jeff Price, counsel for Plaintiff,  must be able to

18   confer with Plaintiff on September 25, 2012, beginning at 9:30 a.m., and continuing for the duration

19   of the Settlement Conference.  **The Court therefore ORDERS that Mr. Julio Cesar Sanchez be**

20   **made available by telephone for the Settlement Conference beginning at 9:30 a.m. and**

21   **continuing for the duration of the conference. The Warden Tim Virga shall contact the clerk**

22   **by September 24, 2012, with a contact phone number.**

23          IT IS SO ORDERED.

24

25   Dated:  August 20, 2012

26                                       _____
                                         JOSEPH C. SPERO
27                                       United States Magistrate Judge

28