UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. SANCHEZ, | No. C 10-03213 MMC (JCS) |
| Plaintiff(s), | **ORDER RE TELEPHONIC APPEARANCE OF INMATE AT SETTLEMENT CONFERENCE** |
| v. | |
| DALLAS ANDRUSS, | |
| Defendant(s). | |

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

A Settlement Conference has been scheduled for **September 25, 2012, at 9:30 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff, Julio Cesar Sanchez, inmate number P-00802 is currently incarcerated at the CSP-Sacramento, also known as "New Folsom", located in Represa, California. In order for the above-referenced conference to take place, the Court and Jeff Price, counsel for Plaintiff, must be able to confer with Plaintiff on September 25, 2012, beginning at 9:30 a.m., and continuing for the duration of the Settlement Conference. **The Court therefore ORDERS that Mr. Julio Cesar Sanchez be made available by telephone for the Settlement Conference beginning at 9:30 a.m. and continuing for the duration of the conference. The Warden Tim Virga shall contact the clerk by September 24, 2012, with a contact phone number.**

IT IS SO ORDERED.

Dated: August 20, 2012

JOSEPH C. SPERO
United States Magistrate Judge