**Jeff Dominic Price, Esq.**
Attorney at Law  SBN 165534
1512 16th Street, Suite 2
Santa Monica, California 90404
jeff.price@mac.com
Tel. 310.463.6210
Fax 310.728.1705

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DALLAS ANDRUSS et al.,<br><br>Defendants. | **No. CV-10-03213-MMC**<br><br>STIPULATION TO CONTINUE SETTLEMENT CONFERENCE |

The parties, through their counsel of record, have met and conferred. In the interests of justice and judicial economy, and because it appears that a settlement conference held prior to the hearing of a summary judgment motion will be a waste of time and resources because the case will not settle before disposition of a summary judgment motion, and because, given the necessity for counsel for plaintiff to conduct discovery in order to prepare for a defense motion for summary judgment, the current settlement conference date, September 25, 2012, would precede a summary judgment hearing and should be continued. Thus, the parties stipulate to the continuance of the settlement conference until a time after the issuance of the ruling on the defense summary judgment motion.

/ / /

/ / /

/ / /

1  -  STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

Thus, the parties stipulate to the continuance of the settlement conference in this case to March 2013 before the Hon. James Spero.

**IT IS SO STIPULATED.**

Dated: August 21, 2012  /s/ by Jeff Price by permission
Julianne Mossler
Deputy Attorney General for Defendants

Dated: August 21, 2012  /s/ Jeff Price
Jeff Price
Attorney for Plaintiff Sanchez

PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Mossler gave permission to electronically sign this stipulation on her behalf.

**IT IS SO ORDERED**, Judge Spero's calendar permitting.

Dated: September 5, 2012

United States Judge Maxine M. Chesney