1

**Jeff Dominic Price, Esq.**
Attorney at Law  SBN 165534
2
1512 16th Street, Suite 2
Santa Monica, California 90404
3
jeff.price@mac.com
Tel. 310.463.6210
4
Fax 310.728.1705

5
Attorney for Plaintiff

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10   JULIO CESAR SANCHEZ,              **No. CV-10-03213-MMC**

11        Plaintiff,                   STIPULATION TO CONTINUE
                                       SETTLEMENT CONFERENCE
12        vs.

13   DALLAS ANDRUSS et al.,

14        Defendants.

15        The parties, through their counsel of record, have met and conferred. In the

16   interests of justice and judicial economy, and because it appears that a settlement

17   conference held prior to the hearing of a summary judgment motion will be a waste

18   of time and resources because the case will not settle before disposition of a

19   summary judgment motion, and because, given the necessity for counsel for

20   plaintiff to conduct discovery in order to prepare for a defense motion for summary

21   judgment, the current settlement conference date, September 25, 2012, would

22   precede a summary judgment hearing and should be continued. Thus, the parties

23   stipulate to the continuance of the settlement conference until a time after the

24   issuance of the ruling on the defense summary judgment motion.

25   / / /

26   / / /

27   / / /

28

Thus, the parties stipulate to the continuance of the settlement conference in this case to March 2013 before the Hon. James Spero.

**IT IS SO STIPULATED.**

Dated: August 21, 2012                      /s/ by Jeff Price by permission
                                            Julianne Mossler
                                            Deputy Attorney General for Defendants

Dated:  August 21, 2012                     /s/ Jeff Price
                                            Jeff Price
                                            Attorney for Plaintiff Sanchez

PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Mossler gave permission to electronically sign this stipulation on her behalf.

**IT IS SO ORDERED**, Judge Spero's calendar permitting.

Dated:  September 5, 2012                    _____
                                            United States Judge Maxine M. Chesney