IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIO C. SANCHEZ,

    Plaintiff,

    v.

DALLAS ANDRUSS, et al.,

    Defendants.

No. C 10-3213 MMC

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S EX PARTE APPLICATION**

    Before the Court is plaintiff Julio C. Sanchez's "Ex Parte Application for Permission to File Ex Parte Motion for Order Extending Discovery Cutoff," filed March 12, 2013. The relief sought is not appropriate for ex parte determination. See Civil L. R. 7-10 (providing "[t]he motion must include a citation to the statute, rule or order which permits the use of an ex parte motion to obtain the relief sought").

    Treating the filing as a request for a determination on shortened time, however, the Court hereby SETS the following briefing schedule on plaintiff's motion to extend the discovery cut-off: (1) defendants' opposition or other response shall be filed on or before March 20, 2013; (2) plaintiff's reply shall be filed on or before March 22, 2013, on which date the matter will stand submitted.

    **IT IS SO ORDERED.**

Dated: March 13, 2013

                                                             MAXINE M. CHESNEY
                                                             United States District Judge