IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIO C. SANCHEZ,

    Plaintiff,

v.

DALLAS ANDRUSS, et al.,

    Defendants.

No. C 10-3213 MMC

**ORDER VACATING MAY 10, 2013 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Before the Court is defendants' motion for summary judgment, filed January 15, 2013. Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for May 10, 2013.

    **IT IS SO ORDERED.**

Dated: May 7, 2013

MAXINE M. CHESNEY
United States District Judge